# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAYLA SLEEP, INC. | : | Civil Action No. 3:19-cv-00715-JCH |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DIRECT SUPPLY, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | AUGUST 23, 2019 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Direct Supply, Inc., a privately held Wisconsin for profit corporation with its principal of place of business in Milwaukee, Wisconsin, the Defendant in this action, by counsel, states that it has no parent corporation and no publicly held company owns 10 percent or more of its stock.

Dated: August 23, 2018

Respectfully submitted,

*/s/ John L. Cordani, Jr.*
John L. Cordani, Jr. (ct28833)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Phone:  860-275-8200
Fax:  860-275-8299
jcordani@rc.com

Counsel for Direct Supply, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                                            */s/ John L. Cordani, Jr.*
                                            John L. Cordani